DENNIS K. BURKE
United States Attorney
District of Arizona
NICOLE P. SAVEL
Assistant U.S. Attorney
State Bar No. 015958
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: 520-620-7300
nicole.savel@usdoj.gov
Attorneys for Plaintiff

FILED

2011 FEB -2  P 4: 42

RICHARD H. WEARE, CLERK
U.S. DIST. COURT FOR THE
DISTRICT OF ARIZONA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CR11 - 411 TUC RCC/DTF

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | **INDICTMENT**  VICTIM CASE |
| v. ) | Violations: 18 U.S.C. § 111(a)(1)(b) |
| Mark Tenniswood, ) | 18 U.S.C. § 115(a)(1)(B) |
| Defendant. ) | (Assault on Federal Officer With Use of a Deadly Weapon; Influencing, Impeding and Retaliating Against a Federal Law Enforcement Officer) |

**THE GRAND JURY CHARGES:**

### COUNT 1

That on or about September 10, 2010, at or near Douglas, in the District of Arizona, the defendant, **Mark Tenniswood**, did intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with Department of Homeland Security, United States Border Patrol Agent Abner Castro, an officer of the United States or any agency thereof, while said officer was engaged in and on account of the performance of his official duties, through the use of a deadly or dangerous instrument, that is, he pointed his service issued HK, P2000 .40 caliber handgun, bearing serial number 123-050411, at Agent Castro's face; in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

### COUNT 2

That on or about September 10, 2010, at or near Douglas, in the District of Arizona, the defendant, **Mark Tenniswood**, willfully and unlawfully did threaten to assault Department of Homeland Security, United States Border Patrol Agent Abner Castro, a federal law

enforcement officer, that is, he pointed his service issued HK, P2000 .40 caliber handgun, bearing serial number 123-050411, at Agent Castro's face with intent to impede, intimidate, interfere with and retaliate against United States Border Patrol Agent Abner Castro while he was engaged in or o account of the performance of his official duties; in violation of Title 18, United States Code, Sections 115(a)(1)(B).

A̶█████

Pr̶█████

DENNIS K. BURKE
United States Attorney
District of Arizona

*/s/ Nicole P. Savel*

Nicole P. Savel
Assistant U.S. Attorney

FEB 0 2 2011

REDACTED FOR
PUBLIC DISCLOSURE